# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# TRUSTEE'S REPORT ON SECTION 341 MEETING

| | | | |
|---|---|---|---|
| CASE NUMBER: | 19-40832-BEM | TRUSTEE: | Thomas D. Richardson, Trustee |
| CASE NAME: | JERICHO LEDFORD, CHRISTOPHER ALEX AND GOFORTH, JESSICA DARLENE | 341 DATE: | 05/30/2019 |
| JUDGE: | Barbara Ellis-Monro | TIME: | 1:30 PM |

## APPEARANCES

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1: | ☒ | ☐ |
| DEBTOR 2: | ☒ | ☐ |
| DEBTOR'S ATTORNEY: | ☒ | ☐ |

## RESULTS OF MEETING

| | YES | NO |
|---|---|---|
| 341 MEETING CONCLUDED | ☐ | ☒ |

CONTINUE TO          06/27/2019     AT 11:00 A. M.

REASON FOR CONTINUANCE:

NON-APPEARANCE OF DEBTOR  ☐          NON-APPEARANCE OF SPOUSE  ☐

OTHER: Pay advices/affidavit needs to be filed for both debtors with the court.

DATED: May 31, 2019                        s/ Thomas D. Richardson
                                           THOMAS D. RICHARDSON, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| In Re: | |
|---|---|
| | Chapter 7 Voluntary |
| | Case No.   19-40832-BEM |
| **Christopher Alex Jericho Ledford** | Barbara Ellis-Monro |
| **Jessica Darlene Goforth** | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served:

| |
|---|
| Christopher Alex Jericho Ledford<br>Jessica Darlene Goforth<br>426 NICHOLAS PAUL DR<br>RESACA, GA 30735-9221 |
| Dan Saeger<br>SUITE D<br>706 S THORNTON AVE<br>DALTON, GA 30720 |
| U.S. Department of Justice<br>Offices of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street SW<br>Atlanta, GA 30303 |

with a copy of this Trustee's Report on Section 341 Meeting by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto.

Dated: May 31, 2019                    s/ Thomas D. Richardson
                                       THOMAS D. RICHARDSON, TRUSTEE

P.O. Box 5007, Rome, GA 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574